# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :    No. 362 WAL 2015

          Respondent          :

                              :    Petition for Allowance of Appeal from

                              :    the Order of the Superior Court

          v.                     :

JEROME MCDAVIS,               :

          Petitioner           :

## ORDER

**PER CURIAM**

    **AND NOW**, this 24th day of November, 2015, the Petition for Allowance of Appeal is **DENIED**.